PFE/GAM: Dec. 2022

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **ERIC MATRAIA** | ) |

## INFORMATION

The United States Attorney charges:

### Introduction

At all times material to this Information:

    1.    The Defense Logistics Agency (DLA) is the United States' combat logistics support agency. DLA manages the end-to-end global defense supply chain—from raw materials to end user disposition—for the five military services, eleven combatant commands, other federal, state, and local agencies, and partner and allied nations. DLA procures items from manufacturers and suppliers and, through DLA Distribution, provides them to the Department of Defense and other federal and state customers, with services such as warehousing, packaging, and transportation. DLA Disposition disposes of excess military property through reutilization, resale, and demilitarization.

2. The Anniston Army Depot (ANAD) is a United States Army maintenance center and munitions storage site located in Anniston, Alabama, within the Eastern Division of the Northern District of Alabama. DLA warehouses items ranging from microchips to M1A2 main battle tanks at ANAD, including Advanced Combat Optical Gunsights (ACOGs), Aimpoint sights, and EOTech sights. Each of these items was designed to be attached to military weapon systems to provide operators with instant nighttime engagement capabilities and/or improved target acquisition. The ACOGs had a fair market value of approximately $1,447.00 each, the Aimpoint sights had a fair market value of approximately $300.00 each, and the EOTech sights had a fair market value of approximately $600.00 each.

3. Defendant **ERIC MATRAIA** was a Security Guard with ANAD's Department of Emergency Services. His duties included safeguarding installation access, protecting buildings and secure area entry points, performing roving patrols throughout ANAD, and providing parking and traffic control.

**<u>Count One</u>**
**<u>Conspiracy</u>**
**<u>Title 18, United States Code, Section 371</u>**

4. The factual allegations in paragraphs 1 through 3 of this Information are re-alleged as though fully set forth herein.

## THE CONSPIRACY

5.      From in or about 2014, and continuing until in or about November 2021, the exact dates being unknown, within Calhoun County in the Northern District of Alabama, and elsewhere, defendant

## ERIC MATRAIA

knowingly and willfully conspired, combined, and agreed with others, known and unknown, to embezzle, steal, purloin, and knowingly convert to his use or the use of another, and, without authority, sell, convey, and dispose of, property exceeding $1,000 in value of the United States or of any department or agency thereof, in violation of Title 18, United States Code, Section 641.

## MANNER AND MEANS OF THE CONSPIRACY

6.      It was a part of the conspiracy that defendant **ERIC MATRAIA** and coconspirators, including other civilian employees of the Department of Emergency Services at ANAD, would and did use their positions as Security Guards and Police Officers to gain access to DLA and Army facilities on ANAD to steal property belonging to the United States, including ACOGs, Aimpoint sights, and EOTech sights.

7.      It was a further part of the conspiracy that defendant **ERIC MATRAIA** would and did deliver United States property stolen from ANAD to a

coconspirator/middleman who would take the stolen property to the owner of a military surplus store to sell.

8. It was a further part of the conspiracy that defendant **ERIC MATRAIA** would and did share the proceeds of the illegal sale of stolen United States property with coconspirators.

## OVERT ACTS

In furtherance of the conspiracy and to achieve the objects thereof, the conspirators committed and caused to be committed the following overt acts, among others, in the Northern District of Alabama and elsewhere:

9. On various dates during the conspiracy, defendant **ERIC MATRAIA** and coconspirators stole United States property from DLA and Army facilities at ANAD.

10. On various dates during the conspiracy, defendant **ERIC MATRAIA** received United States property stolen by coconspirators from ANAD to deliver to a coconspirator/middleman to sell.

11. During the conspiracy, on various dates, defendant **ERIC MATRAIA** stole or received a total of approximately 2,000 stolen ACOGs and hundreds of stolen Aimpoint sights, and EOTech sights.

12. On various dates during the conspiracy, defendant **ERIC MATRAIA** delivered United States property stolen from ANAD to another coconspirator/middleman who would deliver the stolen property to the owner of the military surplus store to sell.

13. On various dates during the conspiracy, defendant **ERIC MATRAIA** received money from the sale of stolen United States property and paid coconspirators who stole the property from ANAD.

14. During the conspiracy, defendant **ERIC MATRAIA** received approximately $40,000.00 as his profit from the conspiracy, some of which he deposited into his personal bank account.

15. On or about July 13, 2020, defendant **ERIC MATRAIA** received approximately $1,000.00 after United States property stolen from ANAD was sold.

16. On or about August 3, 2020, defendant **ERIC MATRAIA** received approximately $1,300.00 after United States property stolen from ANAD was sold.

17. On or about August 31, 2020, defendant **ERIC MATRAIA** received approximately $1,600.00 after United States property stolen from ANAD was sold.

18. On or about September 1, 2020, defendant **ERIC MATRAIA** received approximately $2,000.00 after United States property stolen from ANAD was sold.

19. On or about October 9, 2020, defendant **ERIC MATRAIA** received approximately $1,500.00 after United States property stolen from ANAD was sold.

20. During the conspiracy, defendant **ERIC MATRAIA** was involved with the theft and sale of approximately 2,000 ACOGS and other United States property stolen from ANAD that had a fair market value totaling approximately $3 million.

All in violation of Title 18, United States Code, Section 371.

## NOTICE OF FORFEITURE
## 18 U.S.C. §§ 981(a)(1)(C) and 28 U.S.C. § 2461(c)

1. The allegations contained in Count One of this Information are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense in violation of Title 18, United States Code, Section 371, set forth in Count One of this Information, defendant **ERIC MATRAIA** shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any and all property constituting, or derived from, proceeds the defendant obtained directly or indirectly, as a result of the commission of said offense, including but not

limited to a sum of $40,000.00 in United States currency representing the amount of proceeds traceable to the commission of said offense.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

the United States shall be entitled to forfeiture of substitute property, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

                                PRIM F. ESCALONA
                                United States Attorney

                                */s/ Electronic Signature*
                                George A. Martin, Jr.
                                Assistant United States Attorney